1  PAUL T. CULLEN, CA Bar No. 193575
2  paul@cullenlegal.com
   THE CULLEN LAW FIRM, APC
3  9800 Topanga Canyon Boulevard
   Suite D, PMB 325
4  Chatsworth, CA 91311-4057
   Telephone: 818-360-2529
5  Facsimile: 818-794-5741

6  Attorneys for Plaintiff
   RUSSELL JUMPER
7
   ALEXANDER M. CHEMERS, CA Bar No. 263726
8  zander.chemers@ogletree.com
   DANIEL N. ROJAS, CA Bar No. 326115
9  daniel.rojas@ogletree.com
   OGLETREE, DEAKINS, NASH,
10 SMOAK & STEWART, P.C.
   400 South Hope Street, Suite 1200
11 Los Angeles, CA 90071
   Telephone: 213-239-9800
12 Facsimile: 213-239-9045

13 Attorneys for Defendant
   SBGA INC.
14

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL JUMPER, an individual, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>SBGA INC., a Delaware corporation, ROBERT T. PARISI, an individual, JASON MOORE, and DOES 1 through 10,<br><br>Defendants. | Case No. 8:22-cv-01764-WLH-DFM<br><br>**JOINT STIPULATION TO DISMISS ACTION**<br><br>Complaint Filed: September 26, 2022<br>Trial Date: July 24, 2024<br>District Judge: Hon. Wesley L. Hsu<br>　　　　　　　 Courtroom 10D,<br>　　　　　　　 Santa Ana<br>Magistrate Judge: Hon. Douglas F. McCormick<br>　　　　　　　 Courtroom 6B,<br>　　　　　　　 Santa Ana |

All parties who have appeared in this action—including Plaintiff Russell Jumper ("Plaintiff"), Defendant SBGA, Inc., and Defendant Robert T. Parisi (collectively, the "Parties")—pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), hereby jointly stipulate to the dismissal of this action. The Parties further stipulate to a dismissal with prejudice of Plaintiff's individual claims and without prejudice as to the claims of the putative classes, with all parties bearing their own costs and attorneys' fees incurred in connection with this action.

**IT IS SO STIPULATED.**

DATED: February 21, 2024         THE CULLEN LAW FIRM, APC

                                 By: /s/ *Paul Cullen*
                                     Paul T. Cullen

                                 Attorneys for Plaintiff
                                 Russell T. Jumper

DATED: February 21, 2024         OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                 By: /s/ *Daniel Rojas*
                                     Alexander M. Chemers
                                     Daniel N. Rojas

                                 Attorneys for Defendant
                                 SBGA INC.

The undersigned attests that the signatory listed above concurs in the content of this document and has authorized its filing.

DATED: February 21, 2024         OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                 By: /s/ *Daniel Rojas*
                                     Daniel N. Rojas

                                 Attorneys for Defendant
                                 SBGA INC.